■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CESAR SALGADO, Appellant. [892 NYS2d 903]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Erlbaum, J.), rendered June 5, 2007, convicting him of assault in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The nature and extent of cross-examination is subject to the sound discretion of the trial judge (*see People v Schwartzman*, 24 NY2d 241, 244 [1969], *cert denied* 396 US 846 [1969]). Here, contrary to the defendant's contention, defense counsel's cross-examination of the complainant was not improperly curtailed or restricted (*see People v Macuil*, 67 AD3d 1025 [2009]; *People v Martin*, 33 AD3d 1024 [2006]).

Moreover, the Supreme Court properly precluded the defendant from displaying certain scarring on his legs to the jury (*see generally People v Aska*, 91 NY2d 979, 981 [1998]; *People v Bowen*, 67 AD3d 1022 [2009]; *People v Martin*, 27 AD3d 665 [2006]). Rivera, J.P., Dickerson, Chambers and Hall, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO SANTANA, Appellant. [894 NYS2d 883]—Appeal by the defendant from a judgment of the County Court, Westchester County (Cacace, J.), rendered March 24, 2008, convicting him of assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Skelos, J.P., Covello, Eng, Chambers and Sgroi, JJ., concur.